| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Ellen Miles Mealing |
| Debtor 2 (Spouse, if filling) | |
| United States Bankruptcy Court for the District of South Carolina | |
| Case Number  19-03350-hb | |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.   **Court claim no**. (if known): 1

**Last four digits** of any number you use to identify the debtor's account: 6453

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ___/___/____

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. Attorney fees | | (3) | $0.00 |
| 4. Filing fees and court costs | | (4) | $0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $0.00 |
| 7. Property inspection fees | | (7) | $0.00 |
| 8. Tax advances (non-escrow) | | (8) | $0.00 |
| 9. Insurance advances (non-escrow) | July 12, 2019 | (9) | $402.00 |
| 10. Property preservation expenses. Specify | | (10) | $0.00 |
| 11. Other. Specify: | | (11) | $0.00 |
| 12. Other. Specify: | | (12) | $0.00 |
| 13. Other. Specify: | | (13) | $0.00 |
| 14. Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  <u>Ellen Miles Mealing</u>   Case number (*if known*) <u>19-03350-hb</u>
        First Name  Middle Name  Last Name

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title if any, and stat your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Robert P. Davis</u>    Date <u>12</u>/<u>12</u>/<u>2019</u>
   Signature

Print:    <u>Robert P. Davis</u>    Title: <u>Attorney</u>
Company   Rogers Townsend & Thomas, PC
Address   P. O. Box 100200
         Columbia, SC 29202
         Telephone: (803) 744-7444

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Ellen Miles Mealing,<br><br>Debtor(s). | CHAPTER 13<br>CASE NO.: 19-03350-hb<br><br>CERTIFICATE OF SERVICE |

I, the undersigned employee of ROGERS TOWNSEND & THOMAS, PC, do hereby certify that a copy of the Notice of Post-Petition Mortgage Fees was served on the following parties:

Ellen Mealing (via US Mail)
15 Academy Street
Trenton, SC  29847

Joseph E. Mitchell, III, Esquire (via electronic service)
Joseph E. Mitchell, III, PC
P.O. Box 2504
Augusta, GA  30903-2504

William K Stephenson, Jr. (via electronic service)
Chapter 13 Trustee
Post Office Box 8477
Columbia, SC 29202

/s/ Ressie Register
ROGERS TOWNSEND & THOMAS, PC
Ressie Register, Bankruptcy Paralegal
Post Office Box 100200
Columbia, SC  29202-3200
(803) 744-4444

Columbia, South Carolina
December 12, 2019